IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No: 21-41253-MXM |
| | § | |
| JUDITH ELLEN JONES ROTZOLL, xxx-xx-6489 | § | Chapter 13 |
| 109 DEER CROSSING WAY | § | |
| AZLE, TX  76020 | § | Court Hearing: Thursday, September 16, 2021 at 8:30 AM |
| | § | |
| Debtor | § | |

NOTICE OF
RE-SCHEDULED CONFIRMATION HEARING DUE TO REINSTATEMENT

This case was dismissed on Saturday, July 3, 2021. The Order of Dismissal was VACATED and the case was REINSTATED on Friday, July 23, 2021.

**DEADLINE FOR OBJECTION TO CONFIRMATION**

**August 19, 2021** is the last day for filing **Objections** to Confirmation of Debtor's Chapter 13 Plan filed on or about July 02, 2021.  Objections shall be in writing and filed with the US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102.

**CONFIRMATION HEARING**

If an Objection to Confirmation of Debtor's Chapter 13 Plan is filed and not resolved, then this matter will be called at the docket call to be held at 8:30 AM on **Thursday, September 16, 2021** at the U.S. Bankruptcy Court, 501 W. 10th Street, Room 128, Fort Worth, TX  76102, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2021-05 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

**CERTIFICATE OF SERVICE**

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before July 29, 2021.

/s/ Tim Truman
Tim Truman

Case 21-41253-mxm13 Doc 28 Filed 07/28/21    Entered 07/28/21 10:52:59    Page 2 of 2

Case No. 21-41253-MXM                                                    JUDITH ELLEN JONES ROTZOLL
Notice of Deadline for Objection to Confirmation and Confirmation Hearing                Page 2 of 2

**ELECTRONIC SERVICE:**

ALICE BOWER, 6421 CAMP BOWIE BLVD STE 300, FORT WORTH, TX  76116
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**BY FIRST CLASS MAIL:**

AMERICAN EXPRESS NATIONAL BANK,  BECKET AND LEE,  PO BOX 3001,  MALVERN, PA  19355-0000
ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711
CAMP BOWIE DUNHILL LLC,  3100 MONTICELLO STE 300,  DALLAS, TX  75205
COMENITY BANK,  PO BOX 182789,  COLUMBUS, OH  43218-0000
CREDIT ONE BANK,  PO BOX 98872,  LAS VEGAS, NV  89193
DEPT OF JUSTICE - TAX DIVISION,  717 N HARWOOD STE 400,  DALLAS, TX  75201-0000
EDUCATIONAL EMPLOYEES CU,  1617 WEST 7TH ST,  FORT WORTH, TX  76102-0000
GBS FIRST ELECETRONIC B,  PO BOX 4499,  BEAVERTON, OR  97076-0000
INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101
JON SIEGEL CONSTABLE,  TARRANT COUNTY PRECINCT 6,  6551 GRANBURY ROAD,  FORT WORTH, TX  76133
JUDITH ELLEN JONES ROTZOLL,  109 DEER CROSSING WAY,  AZLE, TX  76020-0000
KEEPING UP WITH THE JONES LLC,  6333 CAMP BOWIE BLVD STE 208,  FORT WORTH, TX  76116
KELLY HART & HALLMAN,  201 MAIN ST  STE 2500,  FT WORTH, TX  76102-0000
LINEBARGER GOGGAN BLAIR ET AL,  100 THROCKMORTON STE #300,  FT WORTH, TX  76102-0000
LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603
PAYPAL,  PO BOX 45950,  OMAHA, NE  68145
PEOPLE FUND,  2801 SWISS AVENUE,  DALLAS, TX  75204
TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196
TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711
TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711
TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000
TYLER BOE LLC,  230 W 38TH ST 10TH FLOOR,  NEW YORK, NY  10018
UNITED STATES ATTORNEY,  1100 COMMERCE ST STE 300,  DALLAS, TX  75242
UNITED STATES ATTORNEY,  801 CHERRY ST STE 1700,  FT WORTH, TX  76102
US DEPT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530