OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § <br> JUDITH ELLEN JONES ROTZOLL, xxx-xx-6489 § <br>    Debtor § <br> § <br> § <br> § | Case No:  21-41253-MXM <br><br> Court Hearing:Thursday, January 20, 2022 <br>  at 8:30 AM |

NOTICE OF HEARING ON
"TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS
AND PLAN MODIFICATION"

TO  ALL PARTIES IN INTEREST:

   Pursuant to General Order 2021-05 Section 16(e), unless an objection is timely filed as to the amount and classification of any claim or to any Plan Modification, the claim or Plan Modification will be allowed or approved as described in the TRCC and such amount and classification will be final and binding on all parties , unless Section 502j of the Bankruptcy Code applies.

   TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT AT US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102, AND A COPY SERVED ON THE FOLLOWING PARTIES WITHIN THIRTY (30)  DAYS FROM THE DATE OF SERVICE HEREOF, OR ON OR BEFORE January 03, 2022.

   ANY WRITTEN OBJECTION OR RESPONSE NOT RESOLVED WILL BE HEARD BY THE HONORABLE MARK X MULLIN ON  Thursday, January 20, 2022 at US Courthouse,  501 W. 10th Street,  Courtroom 128,  Fort Worth,  TX 76102.

| | |
|---|---|
| DEBTOR: | JUDITH ELLEN JONES ROTZOLL,  109 DEER CROSSING WAY,  AZLE,  TX  76020 |
| ATTORNEY: | ALICE BOWER,  6421 CAMP BOWIE BLVD STE 300,  FORT WORTH,  TX  76116 |
| COURT: | US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102 |
| TRUSTEE: | TRUSTEE'S OFFICE,  6851 N.E. Loop 820, Suite 300, North Richland Hills, TX  76180-6608 |

        /s/ Tim Truman

        Tim Truman, Trustee/State Bar # 20258000
        OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
        6851 N.E. Loop 820, Suite 300
        North Richland Hills, TX  76180-6608
        (817) 770-8500
        (817) 498-1362 FAX

CASE NO: 21-41253-MXM  Page 2
JUDITH ELLEN JONES ROTZOLL
Trustee's Recommendation Concerning Claims, and Plan Modification

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing "Notice of Hearing on Trustee's Recommendation Concerning Claims" and a copy of the attached "Trustee's Recommendation Concerning Claims , and Plan Modification" was served on the parties listed below in the manner listed below on or before December 01 , 2021.

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000

**BY FIRST CLASS MAIL:**
AMERICAN EXPRESS NATIONAL BANK,  Attn: Officer/President, BECKET AND LEE,  PO BOX 3001,  MALVERN, PA  19355-0000
ATTORNEY GENERAL OF TEXAS,  Attn: Officer/President, COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711
CAMP BOWIE DUNHILL LLC,  Attn: Officer/President, 3100 MONTICELLO STE 300,  DALLAS, TX  75205
DEPT OF JUSTICE - TAX DIVISION,  Attn: Officer/President, 717 N HARWOOD STE 400,  DALLAS, TX  75201-0000
EDUCATIONAL EMPLOYEES CU,  Attn: Officer/President, 1617 WEST 7TH ST,  FORT WORTH, TX  76102-0000
GBS FIRST ELECETRONIC B,  Attn: Officer/President, PO BOX 4499,  BEAVERTON, OR  97076-0000
INTERNAL REVENUE SERVICE,  Attn: Officer/President, PO BOX 7346,  PHILADELPHIA, PA  19101
JON SIEGEL CONSTABLE,  Attn: Officer/President, TARRANT COUNTY PRECINCT 6,  6551 GRANBURY ROAD,  FORT WORTH, TX  76133
JUDITH ELLEN JONES ROTZOLL,  Attn: Officer/President, 109 DEER CROSSING WAY,  AZLE, TX  76020-0000
KEEPING UP WITH THE JONES LLC,  Attn: Officer/President, 6333 CAMP BOWIE BLVD STE 208,  FORT WORTH, TX  76116
KELLY HART & HALLMAN,  Attn: Officer/President, 201 MAIN ST  STE 2500,  FT WORTH, TX  76102-0000
LINEBARGER GOGGAN BLAIR ET AL,  Attn: Officer/President, 100 THROCKMORTON STE #300,  FT WORTH, TX  76102-0000
LVNV FUNDING LLC,  Attn: Officer/President, RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603
PARKER CAD,  Attn: Officer/President, C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  2777 N STEMMONS FWY STE 1000,  DALLAS, TX  75207-00
PAYPAL,  Attn: Officer/President, PO BOX 45950,  OMAHA, NE  68145
PEOPLE FUND,  Attn: Officer/President, 2921 E 17TH ST BLDG D #1,  AUSTIN, TX  78702-0000
QUANTUM3 GROUP,  Attn: Officer/President, PO BOX 2489,  KIRKLAND, WA  98083-0000
QUANTUM3 GROUP LLC,  Attn: Officer/President, PO BOX 788,  KIRKLAND, WA  98083
TARRANT COUNTY TAX COLLECTOR,  Attn: Officer/President, DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196
TEXAS ALCOHOLIC BEVERAGE COMM,  Attn: Officer/President, LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,  Attn: Officer/President, OFFICE OF THE ATTORNEY GENERAL,  PO BOX 12548 MC-008,  AUSTIN, TX  78711-0000
TEXAS COMPTROLLER PUBLIC ACCTS,  Attn: Officer/President, REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711
TEXAS WORKFORCE COMMISSION,  Attn: Officer/President, TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000
TYLER BOE,  Attn: Officer/President, KELLY HART AND HALLMAN,  201 MAIN ST #2500,  FORT WORTH, TX  76102-0000
TYLER BOE LLC,  Attn: Officer/President, 230 W 38TH ST 10TH FLOOR,  NEW YORK, NY  10018
UNITED STATES ATTORNEY,  Attn: Officer/President, 1100 COMMERCE ST STE 300,  DALLAS, TX  75242
UNITED STATES ATTORNEY,  Attn: Officer/President, 801 CHERRY ST STE 1700,  FT WORTH, TX  76102
US DEPT OF JUSTICE,  Attn: Officer/President, 950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

**ELECTRONIC SERVICE:**
ALICE BOWER, 6421 CAMP BOWIE BLVD STE 300, FORT WORTH, TX  76116
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
ASSISTANT ATTORNEY GENERAL, PO BOX 12548, AUSTIN, TX  78711
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

Case 21-41253-mxm13 Doc 36 Filed 11/30/21 Entered 11/30/21 14:55:18 Page 3 of 5

CASE NO: 21-41253-MXM  Page 3
JUDITH ELLEN JONES ROTZOLL
Trustee's Recommendation Concerning Claims, and Plan Modification

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | Case No: 21-41253-MXM |
| JUDITH ELLEN JONES ROTZOLL, xxx-xx-6489 § | |
| 109 DEER CROSSING WAY § | Chapter 13 |
| AZLE, TX 76020 § | |
|    Debtor § | |

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

The Trustee hereby recommends allowance of the following claims in Section III . (Claims listed in Sections I and II are for information only.)

CLAIMANTS RECEIVING THIS RECOMMENDATION SHOULD LOCATE THEIR NAMES AND CLAIMS HEREIN .

### I.

### NO PRIORITY OR GENERAL UNSECURED PROOF OF CLAIM FILED

The following priority and general unsecured creditors were scheduled by the Debtor and no Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002 (a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002 (c) has passed. Any such claim provided for in the confirmed or modified plan will not be paid by the Trustee until a proof of claim is filed . Any late filed claim will be paid pursuant to the Order of Payment for a late filed claim as stated in the confirmed Plan , or by further Order of the Court.

| T'EE CLAIM # | CREDITOR'S NAME | SCHEDULED CLASS | SCHEDULED AMOUNT |
|---|---|---|---|
| 3 | CAMP BOWIE DUNHILL LLC | UNSECURED | $28,579.21 |
| 6 | EDUCATIONAL EMPLOYEES CU | UNSECURED | $100.00 |
| 7 | GBS FIRST ELECETRONIC B | UNSECURED | $4.00 |
| 8 | PAYPAL | UNSECURED | $7,978.91 |

### II.

### NO SECURED CLAIM FILED

The following secured creditors were scheduled by the Debtor and no Proof of Claim has been filed by them or on their behalf . The "bar date" for filing claims pursuant to Bankruptcy Rule 3002 (c) has passed. Any such claim provided for in the confirmed or modified plan will not be paid by the Trustee until a proof of claim is filed . Any late filed claim will be paid pursuant to the Order of Payment for a late filed claim as stated in the confirmed Plan , or by further Order of the Court.

| T'EE CLAIM # | EXECUTORY CONTRACTS | COMMENT/ COLLATERAL | CLAIM AMOUNT | VALUE | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|---|
| 12 | CAMP BOWIE DUNHILL LLC | CONTRACT/ASSUMED | NOT FILED | | 0.00% | DIRECT-DR |

Case 21-41253-mxm13 Doc 36 Filed 11/30/21 Entered 11/30/21 14:55:18 Page 4 of 5

CASE NO: 21-41253-MXM  Page 4
JUDITH ELLEN JONES ROTZOLL
Trustee's Recommendation Concerning Claims, and Plan Modification

## III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWABLE CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount(s) and in the class(es) as listed below: (NOTE: Value, treatment and interest rate were determined at confirmation. "Value", "Interest Rate", and "Treatment" are shown below for information only.)

| CLAIM # | SECURED CLASS | COLLATERAL | CLAIM AMOUNT | VALUE | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|---|
| 4 | TARRANT COUNTY TAX COLLECTOR | BPP/20-21 | $1,993.64 | $14,350.00 | 12.00% | PRO RATA-TR |
| 3 | PARKER CAD | HOMESTEAD/21 | $10,740.45 | $518,350.00 | | DIRECT-DR |

| CLAIM # | PRIORITY CLASS | COLLATERAL | CLAIM AMOUNT | TREATMENT |
|---|---|---|---|---|
| 6 | TEXAS COMPTROLLER PUBLIC ACCTS | SALES & USE TAXES | $6,851.41 | PRO RATA-TR |

| CLAIM # | UNSECURED CLASS | CLAIM AMOUNT | COMMENT |
|---|---|---|---|
| 5 | AMERICAN EXPRESS NATIONAL BANK | $3,172.19 | |
| 8 | QUANTUM3 GROUP | $2,309.90 | COMENITY/WAYFAIR |
| 7 | LVNV FUNDING LLC | $402.20 | CREDIT ONE BANK |
| 10 | PEOPLE FUND | $13,398.78 | |
| 9 | TYLER BOE LLC | $29,730.72 | JUDGMENT |
| 6 | TEXAS COMPTROLLER PUBLIC ACCTS | $1,552.96 | TAXES |

## IV.

### OBJECTIONS PENDING OR CLAIM DISALLOWED

The following claims are not deemed allowed because there are objections pending or the claim has been disallowed by the Court:

| CLAIM # | UNSECURED CLASS | COLLATERAL | CLAIM AMOUNT | TREATMENT/ COMMENT |
|---|---|---|---|---|
| 2 | LVNV FUNDING LLC | | $649.25 | CAPITAL ONE/OBJ TO CLAIM |
| 1 | LVNV FUNDING LLC | | $834.63 | CAP ONE/NEIMAN MARCUS/OBJ TO CLAIM |

## V.

### PLAN IS SUFFICIENT

**Plan is Sufficient**, Debtor Modification is not needed to cure any insufficiency at this time.

CASE NO:  21-41253-MXM                                                                                                      Page 5
JUDITH ELLEN JONES ROTZOLL
Trustee's Recommendation Concerning Claims, and Plan Modification

                                                    Respectfully submitted,
                                                    Office of the Chapter 13 Trustee, Fort Worth, TX

                                                    /s/ Tim Truman
                                                    Tim Truman, Trustee
                                                    State Bar # 20258000

                                                    Dated:  November 30, 2021